IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LUCUS KIRKPATRICK | § § § § | |
| VS. | § § § § § § | Civil Action No. 3:22−cv−50274 |
| ROBERT PETERSEN | § | |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW JONATHAN WHARTON, Attorney for Plaintiff, an attorney admitted and authorized to practice in this Court, and hereby notifies the Clerk and all parties that he is lead counsel for Lucus Kirkpatrick.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 472027
Fort Worth, TX 76147
Tel. (903) 931-3616
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

By: /s/ Jonathan Wharton
JONATHAN WHARTON
STATE BAR NO. 24075764

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 11, 2022.

By: /s/ Jonathan Wharton
JONATHAN WHARTON